Natalie C. Scott, OSB #024510
nscott@scott-law-group.com
The Scott Law Group
497 Oakway Rd, Suite 245
Eugene, OR 97401
Telephone: (541) 868-8005
Facsimile:  (541) 868-8004

Attorney for Plaintiff Eric von Borstel

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

| | |
|---|---|
| ERIC VON BORSTEL, an individual,<br><br>                 Plaintiff,<br>v.<br><br>HEATH JOHNSTON; and WINDRIVER TRUCKING, aka WINDRIVER TRUCKING, LLC, a Utah limited liability company,<br>                 Defendants.<br><br>WINDRIVER TRUCKING, LLC, a Utah limited liability company,<br>                 Third-Party Plaintiff<br>v.<br><br>LUTES TRANS ATLANTIC, LLC, aka LTA, LLC, a Nevada limited liability company,<br>                 Third-Party Defendants. | Case No. 6:14-cv-00646-AA<br><br>**STIPULATED ORDER DISMISSING PLAINTIFF ERIC VON BORSTEL AND DEFENDANT HEATH JOHNSTON** |

      Based on the stipulated motion of the parties in this case filed on December 3, 2014, and the Court being duly advised,

IT IS HEREBY ORDERED that Plaintiff and Defendant Heath Johnston are hereby dismissed from this action without prejudice and without costs or fees to any party. The case may proceed as to the remaining parties and claims.

DATED: 12/4/2014, 2014.

By: *Ann Aiken*
Chief Judge Ann L. Aiken

Submitted by:

*Natalie C. Scott*
Natalie C. Scott, OSB 024510
Email: nscott@scott-law-group.com
The Scott Law Group
497 Oakway Rd, Suite 245
Eugene, OR 97401
Phone: (541) 868-8005
Fax: (541) 868-8004
Of Attorneys for Plaintiff